1   DISABILITY RIGHTS ADVOCATES
LAURENCE W. PARADIS (122336)

2   ANNA LEVINE (227881)
KARLA GILBRIDE (264118)

3   2001 Center Street, Third Floor
Berkeley, CA 94704

4   Telephone:   (510) 665-8644; Facsimile:   (510) 665-8511

5   Email:   general@dralegal.org

6   LABARRE LAW OFFICES, P.C.

7   SCOTT C. LABARRE (to seek pro hac vice admission)
1660 S. Albion Street, Ste 918

8   Denver, CO 80222
Telephone:   (303) 504-5979; Facsimile:   (303) 757-3640

9   Email:   slabarre@labarrelaw.com

10   BROWN, GOLDSTEIN & LEVY, LLP

11   DANIEL F. GOLDSTEIN (to seek pro hac vice admission)
Trevor Co (to seek pro hac vice admission)

12   120 E. Baltimore St., Suite 1700
Baltimore, MD 21202

13   Telephone:   (410) 962-1030; Facsimile:   (410) 385-0869
Email:   dfg@browngold.com

14

15   Attorneys for Plaintiff TIMOTHY ELDER

16   COOLEY LLP
GREGORY C. TENHOFF (154553) (tenhoffgc@cooley.com)

17   WENDY J. BRENNER (198608) (brennerwj@cooley.com)
LAURA A. TERLOUW (260708) (lterlouw@cooley.com)

18   Five Palo Alto Square
3000 El Camino Real

19   Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000; Facsimile:   (650) 857-0663

20   FULBRIGHT & JAWORSKI L.L.P. (to seek pro hac vice admission)

21   ROBERT A. BURGOYNE (rburgoyne@fullbright.com)
801 Pennysylvania Ave, N.W., Suite 500

22   Washington, D.C. 20004
Telephone: (202) 662-0200; Facsimile:  (202) 662-4643

23   Attorneys for Defendant NATIONAL CONFERENCE OF BAR

24   EXAMINERS

25   KERR & WAGSTAFFE LLP
JIM WAGSTAFFE (95535)(wagstaffe@kerrwagstaffe.com)

26   100 Spear Street, Suite 1800
San Francisco, CA 94105

27   Telephone:   (415) 371-8500; Facsimile:   (415) 371-0500

28   Attorneys for Defendant THE STATE BAR OF CALIFORNIA

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10
11    TIMOTHY ELDER,                          Case No.  CV11-00199 EDL
12              Plaintiff,                     **JOINT STIPULATION AND
                                               [PROPOSED] ORDER**
13         v.
14    NATIONAL CONFERENCE OF BAR
      EXAMINERS AND STATE BAR OF
15    CALIFORNIA,
16              Defendants.
17

18         Counsel for the Parties in the above-captioned case have conferred by telephone and e-

19    mail and have agreed to the matters set forth herein.  The Parties hereby request that the Court

20    enter this Joint Stipulation as an Order in this case.  As used herein, "Defendants" shall refer

21    collectively to Defendants National Conference of Bar Examiners and The State Bar of

22    California.

23         1.    **PRELIMINARY INJUNCTION.**   Through this suit, Plaintiff is seeking to obtain

24    testing accommodations on the Multistate Bar Examination ("MBE"), which is  developed by the

25    National Conference of Bar Examiners and administered by the State Bar of California.  Plaintiff

26    has applied to take the February 2011 California Bar Examination, which includes the MBE as

27    one component, and the California Bar Examination commences February 22, 2011.  Plaintiff has

28    filed a motion for preliminary injunction that would require Defendants to provide his requested

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.
910838 v1/HN

JOINT STIPULATION AND [PROPOSED]
ORDER, CV11-00199 EDL

1    accommodations on the California Bar Examination in advance of a trial on the merits.   The

2    Parties have agreed to the following schedule for Plaintiff's preliminary injunction motion:

3            **a.      Briefing schedule.**   Plaintiff's motion for preliminary injunction, and all

4    papers in support thereof, shall be filed and electronically served on Defendants' counsel on or

5    before **January 14, 2011.**   Defendants' opposition to Plaintiff's motion shall be filed and

6    electronically served on Plaintiff's counsel on or before **January 28, 2011.**   Plaintiff's reply, if

7    any, shall be filed and electronically served on Defendants' counsel on or before **February 4,**

8    **2011.**   Defendants may, but are not required to, file dispositive or other motions in response to

9    Plaintiff's complaint in conjunction with the briefing on Plaintiff's motion for preliminary

10   injunction.

11           **b.      Hearing.**   The Parties request that the Court set the hearing for **February**

12   **11, 2011,** one week after the reply papers are filed, or as soon thereafter as possible consistent

13   with the Court's calendar.

14           **2.      IMMEDIATE IRREPARABLE HARM.**   The Parties expressly acknowledge and agree

15   that Defendants' consent to this Scheduling Order does **not** mean that Defendants have stipulated

16   that there is immediate and/or irreparable harm to Plaintiff and this Stipulation shall be without

17   prejudice to any argument raised by Defendants concerning Plaintiff's alleged immediate and/or

18   irreparable harm, and without prejudice to any other argument that Defendants may raise in

19   opposition to Plaintiff's motion or thereafter.

20           **3.      TEMPORARY RESTRAINING ORDER.**   Plaintiff has also requested a Temporary

21   Restraining Order ("TRO").   The Parties agree that Plaintiff shall not seek, and request that the

22   Court refrain from entering, any TRO pending the hearing on Plaintiff's motion for preliminary

23   injunction.   Notwithstanding the foregoing, Plaintiff reserves his right to renew his request for a

24   TRO should the motion for a preliminary injunction not be heard prior to the start of the February

25   2011 California Bar Examination, and Defendants reserve the right to oppose any such renewed

26   request.

27           **4.      GENERAL ORDER NO. 56.**   The Parties to this Stipulation shall stipulate to an

28   administrative motion pursuant to Local Rule 7-11 that General Order No. 56 does not apply to

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.
910838 v1/HN

JOINT STIPULATION AND [PROPOSED]
ORDER, CV11-00199 EDL

1  this case for the reasons to be set forth in the stipulated motion.  Plaintiff's counsel shall draft, file

2  and serve this stipulated administrative motion.

3      **5.      SERVICE.**  The Parties to this Stipulation hereby stipulate to service of discovery

4  and pleadings by electronic mail.

5

6  Dated: January 19, 2011                    COOLEY LLP

7

8                                             _____
                                              Gregory C. Tenhoff (154553)
9                                             Attorneys for NATIONAL CONFERENCE OF
                                              BAR EXAMINERS, INC.
10

11 Dated: January 18 2011                     KERR & WAGSTAFFE LLP

12

13                                            _____
                                              Jim Wagstaffe (95536)
14                                            Attorneys for STATE BAR OF CALIFORNIA

15 Dated: January __, 2011                    DISABILITY RIGHTS ADVOCATES

16

17

18                                            _____
                                              Laurence W. Paradis
19                                            Attorneys for STEPHANIE ENYART
                                              On behalf of all counsel for TIMOTHY ELDER
20

21     **IT IS SO ORDERED.**

22

23 Dated: _____, 2011

24                                            _____
                                              UNITED STATES DISTRICT JUDGE
25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.
910838 v1/HN

JOINT STIPULATION AND [PROPOSED]
ORDER, CV11-00199 EDL

1   this case for the reasons to be set forth in the stipulated motion.  Plaintiff's counsel shall draft, file
2   and serve this stipulated administrative motion.
3       **5.**      **SERVICE.**  The Parties to this Stipulation hereby stipulate to service of discovery
4   and pleadings by electronic mail.

Dated: January ___, 2011                     COOLEY LLP

                                             _____
                                             Gregory C. Tenhoff (154553)
                                             Attorneys for NATIONAL CONFERENCE OF
                                             BAR EXAMINERS, INC.

Dated: January ___, 2011                     KERR & WAGSTAFFE LLP

                                             _____
                                             Jim Wagstaffe (95535)
                                             Attorneys for STATE BAR OF CALIFORNIA

Dated: January *18*, 2011                    DISABILITY RIGHTS ADVOCATES

                                             _____
                                             Laurence W. Paradis
                                             Attorneys for STEPHANIE ENYART
                                             On behalf of all counsel for TIMOTHY ELDER

        **IT IS SO ORDERED.**

Dated: _____, 2011     _____
                                             UNITED STATES DISTRICT JUDGE