JAMES M. WAGSTAFFE (95535)
Email: wagstaffe@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500


LAWRENCE C. YEE (84208)
Email: Lawrence.Yee@calbar.ca.gov
RACHEL GRUNBERG (197080)
Email: Rachel.Grunberg@calbar.ca.gov
**OFFICE OF GENERAL COUNSEL**
**THE STATE BAR OF CALIFORNIA**
180 Howard Street
San Francisco, CA 94105-1639
Tel: (415) 538-2000
Fax: (415) 538-2321

Attorneys for Defendant
THE STATE BAR OF CALIFORNIA

# UNITED STATES DISTRICT CORT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ELDER,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL CONFERENCE OF BAR EXAMINERS AND STATE BAR OF CALIFORNIA, et al.,<br><br>    Defendants. | Case No. 3:09-CV-05191-SI<br><br>**[PROPOSED] ORDER GRANTING MOTION BY THE STATE BAR OF CALIFORNIA FOR INTERPLEADER REMEDY RELIEF**<br><br>DATE: February_11, 2011<br>TIME: 9:00 a.m.<br>Courtroom 10 - 19th Floor<br><br>Hon. Susan Illston |

Case No. 3:09-CV-05191-SI                                                                                          [PROPOSED] ORDER

1  Now pending before the Court is the Motion By The State Bar Of California For
2  Interpleader Remedy Relief.  After carefully considering the papers submitted by the parties, and
3  having the benefit of oral argument on February 11, 2011, the Motion is GRANTED.  Defendant
4  the State Bar of California is DISMISSED without prejudice on the condition that it will abide
5  by the final order in this matter.

**IT IS SO ORDERED.**

Dated: February____, 2011                    _____
                                              HON. SUSAN ILLSTON
                                              UNITED STATES DISTRICT JUDGE



Case No. 3:09-CV-05191-SI                    1                    [PROPOSED] ORDER