| | |
|---|---|
| 1 | JAMES M. WAGSTAFFE (95535) |
| | **KERR & WAGSTAFFE LLP** |
| 2 | 100 Spear Street, Suite 1800 |
| | San Francisco, CA 94105–1528 |
| 3 | Telephone: (415) 371-8500 |
| | Fax: (415) 371-0500 |
| 4 | Email: wagstaffe@kerrwagstaffe.com |
| 5 | Attorneys for Defendant The State Bar of California |
| 6 | LAURENCE W. PARADIS (122336) |
| | ANNA LEVINE (227881) |
| 7 | KARLA GILBRIDE (264118) |
| 8 | **DISABILITY RIGHTS ADVOCATES** |
| | 2001 Center Street, Third Floor |
| 9 | Berkeley, CA 94704 |
| | Telephone: (510) 665-8644 |
| 10 | Fax: (510) 665-8511 |
| | Email: general@dralegal.org |
| 11 | |
| 12 | SCOTT C. LABARRE (to seek *pro hac* vice admission) |
| | **LABARRE LAW OFFICES, P.C.** |
| 13 | 1660 S. Albion Street, Ste 918 |
| | Denver, CO 80222 |
| 14 | Telephone: (303) 504-5979 |
| | Fax: (303) 757-3640 |
| 15 | Email: slabarre@labarrelaw.com |
| 16 | DANIEL F. GOLDSTEIN (to seek *pro hac* vice admission) |
| 17 | **BROWN, GOLDSTEIN & LEVY, LLP** |
| | Trevor Coe (to seek *pro hac* vice admission) |
| 18 | 120 E. Baltimore Street, Suite 1700 |
| | Baltimore, MD 21202 |
| 19 | Telephone: (410) 962-1030 |
| | Fax: (410) 385-0869 |
| 20 | Email: dfg@browngold.com |
| 21 | Attorneys for Plaintiff Timothy Elder |
| 22 | GREGORY C. TENHOFF (154553) (tenhoffgc@cooley.com) |
| 23 | WENDY J. BRENNER (198608) (brennerwj@cooley.com) |
| | LAURA A. TERLOUW (260708) (lterlouw@cooley.com) |
| 24 | **COOLEY LLP** |
| | Five Palo Alto Square |
| 25 | 3000 El Camino Real |
| | Palo Alto, CA  94306-2155 |
| 26 | Telephone: (650) 843-5000 |
| | Fax: (650) 857-0663 |
| 27 | |
| 28 | |

ROBERT A. BURGOYNE (rburgoyne@fullbright.com)
**FULBRIGHT & JAWORSKI L.L.P**. (to seek *pro hac* vice admission)
801 Pennsylvania Ave, N.W., Suite 500
Washington, D.C. 20004
Telephone: (202) 662-0200
Fax: (202) 662-4643
Attorneys for Defendant National Conference of Bar Examiners

# UNITED STATES DISTRICT CORT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ELDER,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL CONFERENCE OF BAR EXAMINERS AND STATE BAR OF CALIFORNIA,<br><br>Defendants. | Case No. 11-00199-SI<br><br>JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR INTERPLEADER REMEDY |

Case No. 11-00199-SI                    JOINT STIPULATION AND [PROPOSED] ORDER SETTING
                                        HEARING ON MOTINO FOR INTERPLEADER REMEDY

Counsel for the Parties in the above-captioned case have conferred and agreed to the matters set forth herein. The Parties hereby request that the Court enter this joint Stipulation as an Order in this case. As used here, "Defendants" shall refer collectively to the Defendant National Conference of Bar Examiners and the State Bar of California.

### 1. PRELIMINARY INJUNCTION.

Through this suit, Plaintiff is seeking to obtain testing accommodations on the Multistate Bar Examination ("MBE"), which is developed by the National Conference of Bar Examiners and administered by the State Bar of California. Plaintiff has applied to take the February 2011 California Bar Examination, which includes the MBE as one component, and the California Bar Examination commences February 22, 2011. Plaintiff has filed a motion for preliminary injunction that would require Defendants to provide his requested accommodations on the California Bar Examination in advance of a trial on the merits. On January 24, 2011, and pursuant to the parties' stipulation, the Court ordered the following briefing and hearing schedule on Plaintiff's motion for preliminary injunction:

| | |
|---|---|
| PLAINTIFF'S MOTION FILED | January 14, 2011 |
| DEFENDANTS' OPPOSITION FILED: | January 28, 2011 |
| PLAINTIFF'S REPLY FILED: | February 4, 2011 |
| HEARING: | February 11, 2011 |

### 2. INTERPLEADER REMEDY MOTION

Defendant State Bar of California ("the State Bar") intends to file a motion to obtain interpleader remedy relief to resolve alleged conflicting claims related to the State Bar's obligation to administer the Multi-State Bar Examination ("MBE") to Plaintiff Timothy Elder during the General Bar Examination in February 2011.

The parties have agreed to the following schedule for the State Bar's interpleader motion:

| | |
|---|---|
| STATE BAR'S MOTION FILED: | January 24, 2011 |
| PLAINTIFF'S AND NCBE'S RESPONSE FILED: | February 3, 2011 |

| | | |
|---|---|---|
| 1 | **STATE BAR'S REPLY, IF ANY, FILED:** | February 4, 2011 |
| 2 | **HEARING:** | February 11, 2011 |

The parties request that the interpleader motion be heard at the same time as the preliminary injunction motion, that is, February 11, 2011. The parties have also agreed that none of their briefs on the interpleader motion will exceed 10 pages.

Dated: January 24, 2011          COOLEY LLP

                                 s/
                                 _____
                                 Gregory C. Tenhoff (154553)
                                 Attorneys for NATIONAL CONFERENCE OF
                                 BAR EXAMINERS, INC.

Dated: January 24, 2011          KERR & WAGSTAFFE LLP

                                 s/
                                 _____
                                 Jim Wagstaffe (95535)
                                 Attorneys for STATE BAR OF CALIFORNIA

Dated: January 24, 2011          DISABILITY RIGHTS ADVOCATES

                                 s/
                                 _____
                                 Laurence W. Paradis
                                 Attorneys for TIMOTHY ELDER
                                 On behalf of all counsel for TIMOTHY ELDER

**IT IS SO ORDERED.**

Dated: _____, 2011     _____
                                 HON. SUSAN ILLSTON
                                 UNITED STATES DISTRICT JUDGE

64723.doc

Case No. 11-00199-SI                2     JOINT STIPULATION AND [PROPOSED] ORDER SETTING
                                          HEARING ON MOTINO FOR INTERPLEADER REMEDY

1  I, James M. Wagstaffe, am the ECF User whose ID and password are being used to file
2  this Joint Stipulation And [Proposed] Order Setting Briefing Schedule And Hearing On Motion
3  For Interpleader Remedy. In compliance with General Order 45, X.B., I hereby attest that
4  Gregory Tenhoff and Laurence W. Paradis, have concurred in this filing.

5  DATED: January 24, 2011        **KERR & WAGSTAFFE LLP**

            By   s/ _____
                 JAMES M. WAGSTAFFE
                 Attorneys for STATE BAR OF CALIFORNIA