DISABILITY RIGHTS ADVOCATES
LAURENCE W. PARADIS (122336)
ANNA LEVINE (227881)
KARLA GILBRIDE (264118)
2001 Center Street, Third Floor
Berkeley, CA 94704
Telephone:      (510) 665-8644; Facsimile:    (510) 665-8511
Email:          general@dralegal.org

LABARRE LAW OFFICES, P.C.
SCOTT C. LABARRE (to seek pro hac vice admission)
1660 S. Albion Street, Ste 918
Denver, CO 80222
Telephone:      (303) 504-5979; Facsimile:    (303) 757-3640
Email:          slabarre@labarrelaw.com

BROWN, GOLDSTEIN & LEVY, LLP
DANIEL F. GOLDSTEIN (to seek pro hac vice admission)
Trevor Co (to seek pro hac vice admission)
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Telephone:      (410) 962-1030; Facsimile:    (410) 385-0869
Email:          dfg@browngold.com

Attorneys for Plaintiff TIMOTHY ELDER

COOLEY LLP
GREGORY C. TENHOFF (154553) (tenhoffgc@cooley.com)
WENDY J. BRENNER (198608) (brennerwj@cooley.com)
AIMEE N. LOGAN (260404) (alogan@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:      (650) 843-5000; Facsimile:    (650) 857-0663

FULBRIGHT & JAWORSKI L.L.P. (to seek pro hac vice admission)
ROBERT A. BURGOYNE (rburgoyne@fullbright.com)
801 Pennsylvania Ave, N.W., Suite 500
Washington, D.C. 20004
Telephone: (202) 662-0200; Facsimile:  (202) 662-4643

Attorneys for Defendant NATIONAL CONFERENCE OF BAR
EXAMINERS

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

947229 v1/HN

1.

STIP. AND [PROP.] ORDER SEEKING
CONTINUANCE, CV11-00199 SI

<table>
<tr><td>1</td><td colspan="2" align="center">UNITED STATES DISTRICT COURT</td></tr>
</table>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ELDER,<br><br>         Plaintiff,<br><br>v.<br><br>NATIONAL CONFERENCE OF BAR EXAMINERS AND STATE BAR OF CALIFORNIA,<br><br>         Defendants. | Case No.  CV11-00199 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; CONTINUANCE OF HEARING ON MOTION TO DISMISS AND MOTION FOR ATTORNEYS' FEES; AND REVISED BRIEFING SCHEDULE**<br><br>Date:       July 8, 2011<br>Time:       9:00 a.m.<br>Courtroom:  10<br>Judge:      Honorable Susan Illston<br><br>Date:       July 12, 2011<br>Time:       2:30 p.m.<br>Courtroom:  10<br>Judge:      Honorable Susan Illston |

Plaintiff TIMOTHY ELDER and Defendant NATIONAL CONFERENCE OF BAR EXAMINERS ("NCBE") (hereafter "the parties"), pursuant to Local Rules 7-7, 7-12 and 16-10, jointly request that the Court continue the following, for the reasons set forth below: (1) the Case Management Conference currently set for July 12, 2011 at 2:30 p.m.; (2) the hearing on Defendant NCBE's Motion to Dismiss currently set for July 8, 2011 at 9:00 a.m.; and (3) the hearing on Plaintiff Timothy Elder's Motion for Reasonable Attorneys' Fees and Costs ("Motion for Attorneys' Fees) currently set for July 8, 2011 at 9:00 a.m.  The parties jointly request that the Case Management Conference and two hearings be consolidated and continued until **July 29, 2011**.  The parties further jointly request that the Court grant an amended briefing schedule on the Motion to Dismiss and Motion for Attorneys' Fees as set forth in the parties' stipulation. Defendant State Bar of California (the "State Bar") does not join this request because on February 16, 2011, this Court stayed the action with respect to the State Bar "obviating the need for the State Bar to proceed with case management and discovery obligations, as well as any additional motions practice, until further order of the Court."  (Dkt. No. 52.)

**STIPULATION**

**WHEREAS**, Mr. Elder filed this action in the United States District Court, Northern District of California, on January 13, 2011;

**WHEREAS**, after conferring by telephone and email, the parties executed and filed a Supplemental Joint Case Management Statement on May 17, 2011;

**WHEREAS**, NCBE filed a Motion to Dismiss on May 19, 2011 in which it seeks to dissolve the bond and have this case dismissed as moot, which Mr. Elder intends to oppose;

**WHEREAS**; Mr. Elder filed a Motion for Attorneys' Fees on June 3, 2011, which NCBE intends to oppose;

**WHEREAS**, under the terms of the Supplemental Joint Case Management Statement, the parties agreed to a stay of all discovery in this case pending the Court's ruling on NCBE's Motion to Dismiss and Mr. Elder's Motion for Attorneys' Fees;

**WHEREAS**, the parties believe that continuing the Case Management Conference, currently set for July 12, 2011, to July 29, 2011, would assist in obtaining an efficient and orderly disposition of the action and would help resolve scheduling conflicts;

**WHEREAS**, the parties believe that continuing the hearing on the Motion to Dismiss and Motion for Attorneys' fees, currently set for July 8, 2011, to July 29, 2011, would assist in obtaining an efficient and orderly disposition of the action and would help resolve scheduling conflicts;

**WHEREAS**, the parties believe that the following briefing schedule on the Motion to Dismiss and Motion for Attorneys' fees would assist in obtaining an efficient and orderly disposition of the action and would help resolve scheduling conflicts:

- All opposition papers to be filed and served no later than **Friday July 8, 2011**, which is 21 days before the continued hearing date;
- All reply papers to be filed and served no later than **Friday July 15, 2011**, which is 14 days before the continued hearing date.

//

//

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.
947229 v1/HN

STIP. AND [PROP.] ORDER SEEKING
CONTINUANCE , CV11-00199 SI

1      **IT IS HEREBY STIPULATED** between and among the parties, by and through their

2   respective counsel of record, subject to the approval of the Court, which the parties jointly

3   request, as follows:

4       1.     A continuance of the Case Management Conference, currently scheduled for July

5   12, 2011 at 2:30 p.m., until **Friday, July 29, 2011, at 9:00 a.m.**;

6       2.     A continuance of the hearing on the Motion to Dismiss and Motion for Attorneys'

7   Fees, currently scheduled for July 8, 2011 at 9:00 a.m., until **Friday, July 29, 2011, at 9:00 a.m.**;

8   and

9       3.     An amended briefing schedule on the Motion to Dismiss and Motion for

10  Attorneys' Fees such that all opposition papers on both motions are to be filed and served no later

11  than **Friday July 8, 2011** and all reply papers are to be filed and served no later than **Friday July**

12  **15, 2011**.

13      Respectfully submitted:

14  Dated: June 10, 2011           COOLEY LLP

15

16                        /s/ *Gregory C. Tenhoff*
                             Gregory C. Tenhoff (154553)

17                        Attorneys for NATIONAL CONFERENCE OF
                        BAR EXAMINERS, INC.

18

19  Dated: June 10, 2011           DISABILITY RIGHTS ADVOCATES

20

21                        /s/ *Laurence W. Paradis*
                             Laurence W. Paradis

22                        Attorneys for TIMOTHY ELDER
                        On behalf of all counsel for TIMOTHY ELDER

23                     **ORDER**

24      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25

26  Dated: _____June 14_____, 2011

27                      **Honorable Susan Illston**
                        **United States District Judge,**

28                      **Northern District of California**

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.
947229 v1/HN

STIP. AND [PROP.] ORDER SEEKING
CONTINUANCE , CV11-00199 SI